FRANCIS TARNEY *vs.* METROPOLITAN LIFE INSURANCE
COMPANY.

New Castle County, May Term, 1897.

**Practice. Costs.**—Where in a former suit between the same parties there was judgment for the defendant, and the plaintiff commences a new suit, without paying the costs, the second suit will be stayed until the costs in the former suit are paid.

This was an application to show cause why the above suit should not be stayed until costs in a former suit were paid. Rule granted. At the hearing it appeared that a former suit had been brought before a justice of the peace, upon which the judgment was in favor of the plaintiff. *Certiorari* was taken out and judgment before justice reversed. The costs of the *certiorari* had not been paid. The rule was made absolute and the suit stayed until the costs in the former suit were paid.

*Heisel,* for the plaintiff.

*Hilles,* for the defendant.